Patrick H. Quinn, as Sheriff of the County of Kings, against the National Fireproof Sash & Door Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

REDER et al., Respondents, v. BYRNE, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by Ignatz Reder and others against John T. Byrne.

PER CURIAM. Motion denied, on condition that the appellant pay the $10 costs due the plaintiffs, perfect his appeal, place the cause upon the next calendar of this court, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

REGAN, Respondent, v. MANHATTAN REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Thomas Regan against the Manhattan Refrigerating Company. No opinion. Motions denied, without costs. See, also, 125 N. Y. Supp. 1141.

---

REINERTSON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Michael Reinertson against the Erie Railroad Company. No opinion. Motion granted, without costs. See, also, 126 N. Y. Supp. 745.

---

In re RICH. (Supreme Court, Appellate Division, First Department. January 13, 1911.) In the matter of Barthold A. Rich. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

RICHARDS, Respondent, v. RICHARDS, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by Helen W. Richards against John T. Richards. W. C. White, for appellant. F. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

RICHARDSON, Respondent, v. WASHBURN, Appellant. SAME v. BIRDSALL et al. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Actions by William B. Richardson, as executor, against William T. Washburn, individually, etc., and against Louis B. Birdsall and others. J. Halstead, for appellant. C. O. Maas, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs. Orders filed.

---

ROBERTS v. TOWN OF FARMINGTON. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Frances E. Roberts, as administratrix, etc., against the Town of Farmington. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

ROCHKIND v. COHEN et al. COHEN et al. v. ROCHKIND. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Actions by Samuel Rochkind against Abraham Cohen and Abraham Mirkin, and by Abraham Cohen and Abraham Mirkin against Samuel Rochkind. No opinion. Orders affirmed, without costs.

---

ROE et al., Respondents, v. BOWEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Willet L. Roe and Herbert W. White against Harvey Z. Bowen.

PER CURIAM. Judgment affirmed, with costs.

RICH, J., taking no part.

---

ROESLER, Respondent, v. ROESLER, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Ida K. Roesler against Herman Roesler. J. E. Murphy, for appellant. A. Nelson, for respondent.

PER CURIAM. Order modified, as provided in order, and, as modified, affirmed, with $10 costs and disbursements to respondent. Order filed.

CLARKE and MILLER, JJ., dissent.

---

ROGERS, Respondent, v. ATLANTIC, GULF & PACIFIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by John Rogers against the Atlantic, Gulf & Pacific Company.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer, upon payment of costs of demurrer and of this appeal. See, also, 139 App. Div. 923, 124 N. Y. Supp. 1128.

HOUGHTON, J., dissents.

---

ROMIG, Appellant, v. SHELDON, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Hobert L. Romig against Charles L. Sheldon, individually and as administrator, etc. No opinion. Interlocutory judgment (124 N. Y. Supp. 26) affirmed, with costs, with leave to the plaintiff to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

---

ROOK, Respondent, v. ROOK, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by May E. Rook against Louise E. Rook.

PER CURIAM. Motion granted, and questions certified as follows: (1) On the facts shown by the record did the Supreme Court obtain jurisdiction to render the judgment in this action, and particularly that part of it directing the payment of alimony by the defendant to the plaintiff? (2) On the facts shown by the record was the defendant guilty of contempt for not complying with that part of the judg-